In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00474 CR


 _____________________



JAJUAN C. SHEPHERD, Appellant



V.



THE STATE OF TEXAS, Appellee







On Appeal from the 435th District Court


Montgomery County, Texas


Trial Cause No. 09-07-06584-CR






MEMORANDUM OPINION



 On October 2, 2009, the trial court sentenced Jajuan C. Shepherd on a conviction for
possession of a controlled substance. Shepherd filed a notice of appeal on October 14, 2009. 
The trial court entered a certification of the defendant's right to appeal in which the court
certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex.
R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals. On October 23, 2009, we notified the parties that we would dismiss the
appeal unless the appellant established grounds for continuing the appeal. No response has
been filed. Because the record does not contain a certification that shows the defendant has
the right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly,
we dismiss the appeal.

 APPEAL DISMISSED. 

 _________________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered November 25, 2009 

Do Not Publish 


Before Gaultney, Kreger, and Horton, JJ.